# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MARY ANN HAMBY,

    Plaintiff,

v.        Case No: 5:17-cv-102-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Mary Ann Hamby's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits and Supplemental Security Income. On March 13, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 19), to which Plaintiff filed objections (Doc. 20) and Defendant filed a response (Doc. 21.)

The Administrative Law Judge's ("ALJ") findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___3___ day of April, 2018.

　　　　　　　　　　　　　　　　　　／s／ G. Kendall Sharp
　　　　　　　　　　　　　　　　　　**G. KENDALL SHARP**
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record